# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | **8:08CV330** |
| vs. | ) ) | |
| | ) | **ORDER** |
| **COURTNEY REICKS,** | ) ) | |
| Defendant. | ) | |

Upon review of the Notice of Settlement (Doc. 18) filed by plaintiffs' counsel,

**IT IS ORDERED:**

1. On or before January 15, 2009, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED November 14, 2008.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**