IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; **ARISTA RECORDS, LLC**, a Delaware limited liability company; **UMG RECORDINGS, INC.**, a Delaware corporation, and **BMG MUSIC**, a New York general partnership, | ) ) ) ) ) ) ) ) ) | CASE NO. 8:08CV330 |
| **Plaintiffs**, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| **COURTNEY REICKS**, | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal with Prejudice (Filing No. 20) is approved;

2. The Complaint (Filing No. 1) and all claims asserted in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 18th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge